UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

AMY MARIE ROSA,

    Plaintiff,

v.

CAVALRY INVESTMENTS L.L.C.,

    Defendant.

Case No. 08-cv-69-JPG

## JUDGMENT

This matter having come before the Court, and the plaintiff having filed a notice of dismissal without prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**NORBERT JAWORSKI**

Dated: May 1, 2008      By:S/Deborah Agans, Deputy Clerk


Approved:    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**